NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEREMY VAUGHN PINSON, | No. 22-16668 |
| Petitioner-Appellant, | D.C. No. 4:19-cv-00421-RM |
| v. | |
| BARBARA VON BLANCKENSEE, | MEMORANDUM* |
| Respondent-Appellee. | |

Appeal from the United States District Court
for the District of Arizona
Rosemary Márquez, District Judge, Presiding

Submitted March 19, 2024**
San Francisco, California

Before: FRIEDLAND, SANCHEZ, and H.A. THOMAS, Circuit Judges.

Federal prisoner Jeremy Vaughn Pinson appeals pro se from the district court's order denying her 28 U.S.C. § 2241 habeas petition. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the denial of a § 2241 petition. *Lane v. Swain*, 910 F.3d 1293, 1295 (9th Cir. 2018). We affirm.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

As the district court held, the record demonstrates that Pinson did not properly exhaust her administrative remedies before filing her § 2241 petition. *See* 28 C.F.R. § 542.15; *Martinez v. Roberts*, 804 F.2d 570, 571 (9th Cir. 1986). Pinson does not dispute that she failed to submit a BP-11 form and alleges no facts indicating that prison officials prevented her from submitting one.

**AFFIRMED.**